IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Roger Jackson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Secretary, Department of Corrections, | ) | Case No. 1:22-cv-065 |
| | ) | |
| Defendant. | ) | |

On April 8, 2022, the United States District Court for the Middle District of Florida received a letter from plaintiff in which he claimed, among other things, that he is being denied mail while in custody at the North Dakota State Penitentiary. (Doc. No. 1). The court opened the above-captioned action and transferred it to this district for all further proceedings. (Doc. No. 2).

This court construes plaintiff's letter as a request for leave to file a complaint. The Clerk's office shall send a PLRA packet. In addition, it shall issue and send a notice of direct assignment to plaintiff. The PLRA packet contains a form complaint, application to proceed in forma pauperis, and certificate of inmate account and assets. If plaintiff wants to proceed with this action, he should complete and return the contents of the PLRA packet to the Clerk's office by May 13, 2022. Upon receipt of the PLRA packet, the court shall screen its contents as mandated by 28 U.S.C. § 1915A. Failure to submit a completed PLRA packet by May 13, 2022, may result in the dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated this 13th day of April, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court